

*State of New York*
*Court of Appeals*

*Heather Davis, Esq.*
*Chief Clerk and*
*Legal Counsel to the Court*

*Clerk's Office*
*20 Eagle Street*
*Albany, New York 12207-1095*
*518-455-7700*

RECEIVED 25 JUN 24 AM 9: 41 U.S. COURT OF APPEALS SECOND CIRCUIT

June 18, 2025

Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

    Re:    <u>Reyes v. City of New York</u>
            Docket No. 23-7640

Dear Ms. Wolfe:

    I acknowledge receipt of your letter dated June 18, 2025 and enclosures in the above-entitled matter.

    The Court will examine the certified question to determine whether to accept the certification and you will be promptly notified of the Court's determination.

    I return enclosed a signed copy of your letter, as requested.

Very truly yours,

Heather Davis

HD/EO/ks
cc:    Judges of the New York State Court of Appeals
       Chase H. Mechanick, Esq.
       Andrew C. Case, Esq.

## United States Court of Appeals for the Second Circuit
### Thurgood Marshall U.S. Courthouse
### 40 Foley Square
### New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 18, 2025
Docket #: 23-7640
Short Title: Reyes v. City of New York

DC Docket #: 1:23-cv-6369
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge Jessica G.L. Clarke

Lisa LeCours, Chief Clerk
New York State Court of Appeals
20 Eagle Street
Albany, New York 12207

Dear Ms. LeCours:

Pursuant to an order of this Court entered on June 18, 2025 in the above entitled action enclosed here with are: copies of all papers filed in this Court, a copy of the order of certification of an unsettled question of state law, and a copy of the docket sheet. Both the order and docket sheets have been certified.

Please note the docket entry indicating that the filing fee was paid at the time the action was docketed in this Court.

Please acknowledge receipt of these on the duplicate copy of this letter and return it to me. All inquiries regarding this case may be directed to 212-857-8543.

Receipt Acknowledged:
Name: H Davis, Clerk
Date: 6/18/25

Very truly yours,

Catherine O'Hagan Wolfe,
Clerk of Court

Enclosures
cc: All counsel of record

Reyes v. City of New York

State of New York
Court of Appeals
20 Eagle Street
Albany, 12207-1095

Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007