# State of New York
# Court of Appeals

**Present,** Hon. Rowan D. Wilson, *Chief Judge,* **presiding**.

No. 122
SeanPaul Reyes,
    Respondent,
    v.
City of New York,
    Appellant.

    Appellant in the above entitled appeal appeared by Muriel Goode-Trufant, Esq., Corporation Counsel, City of New York; respondent appeared by LatinoJustice PRLDEF.

    The Court, after due deliberation, orders and adjudges that the certification of a question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, is accepted and the issue presented is to be considered after briefing and argument. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.

                                              Heather Davis
                                              Clerk of the Court

Court of Appeals, Clerk's Office, Albany, September 16, 2025
cc: U.S. Court of Appeals for the Second Circuit

# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 122
SeanPaul Reyes,
    Respondent,
  v.
City of New York,
    Appellant.

Chase H. Mechanick, for appellant.
Andrew Case, for respondent.

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issue presented is to be considered after briefing and argument. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.

Decided September 16, 2025