

*State of New York*
*Court of Appeals*

# 23-7640

Heather Davis, Esq.
Chief Clerk and
Legal Counsel to the Court

Clerk's Office
20 Eagle Street
Albany, New York 12207-1095
518-455-7700

September 16, 2025

Muriel Goode-Trufant, Esq.
Corporation Counsel, City of New York
Attn: Chase H. Mechanick, Esq.
100 Church Street
New York, NY 10007

LatinoJustice PRLDEF
Attn: Andrew C. Case, Esq.
475 Riverside Drive
#1901
New York, NY 10115

**Re: Reyes v City of New York**
    **CTQ-2025-00004**

Dear Counselors:

Today the Court accepted the question certified by the United States Court of Appeals for the Second Circuit. This matter will proceed in the normal course with full briefing and oral argument (see sections 500.13 and 500.14 of the Court's Rules of Practice [the Rules]).

Before filing and uploading briefs or record material, counsel should carefully review the Court's Rules of Practice (22 NYCRR Part 500) and the attached Checklist for Appeal Filings, Notice on Confidential and Sensitive Information, and Technical Specifications.

The Court's yearly Session Calendar is also attached. Counsel must notify the Clerk's Office of any possible dates of unavailability that fall within a Court Session. After an argument date is set by the Court, it will not be changed absent good cause.

Reyes v City of New York
September 16, 2025
-Page 2-

Counsel must immediately notify the Clerk's Office of any developments that could affect the matter: contemplated and actual settlements; circumstances or facts that could render the matter moot; pertinent developments in applicable law, statutes, and regulations; and changes in the status of related proceedings at other courts or tribunals.

**Briefing Schedule for Certified Questions**

Appellant's brief and record material shall be served and filed by November 17, 2025.

Respondent's brief and any supplementary record material shall be served and filed by January 5, 2026.

Appellant may serve and file a reply brief by January 20, 2026.

"Filed" means receipt of the paper document by the Clerk's Office. An original and nine copies of each brief and appendix or record must be filed, with proof of service of three copies on each other party.

Requests for extensions of the due dates require a showing of good cause (Rule 500.15). Failure to comply with these due dates or extended due dates shall subject appellant to dismissal of the appeal and respondent to preclusion (Rule 500.16[a]).

**Digital Submission Requirements**

On or before the due dates listed above, parties must submit digital versions of each paper filing (Rules 500.2, 500.12[h], 500.14[g]) by uploading them to the Court of Appeals Public Access and Search System (Court-PASS) on the Court's web site (www.courts.state.ny.us/ctapps). The digital versions must be identical to each paper filing, except the digital version will not have an original signature.

To login to Court-PASS, registered New York attorneys will use their Attorney Online Service Account information. Filers who are not registered New York attorneys must call the Clerk's Office to obtain guest login credentials.



*State of New York*
*Court of Appeals*

# 23-7640

Heather Davis, Esq.
Chief Clerk and
Legal Counsel to the Court

Clerk's Office
20 Eagle Street
Albany, New York 12207-1095
518-455-7700

September 16, 2025

Muriel Goode-Trufant, Esq.
Corporation Counsel, City of New York
Attn: Chase H. Mechanick, Esq.
100 Church Street
New York, NY 10007

LatinoJustice PRLDEF
Attn: Andrew C. Case, Esq.
475 Riverside Drive
#1901
New York, NY 10115

Re: <u>Reyes v City of New York</u>
CTQ-2025-00004

Dear Counselors:

Today the Court accepted the question certified by the United States Court of Appeals for the Second Circuit. This matter will proceed in the normal course with full briefing and oral argument (see sections 500.13 and 500.14 of the Court's Rules of Practice [the Rules]).

Before filing and uploading briefs or record material, counsel should carefully review the Court's Rules of Practice (22 NYCRR Part 500) and the attached Checklist for Appeal Filings, Notice on Confidential and Sensitive Information, and Technical Specifications.

The Court's yearly Session Calendar is also attached. Counsel must notify the Clerk's Office of any possible dates of unavailability that fall within a Court Session. After an argument date is set by the Court, it will not be changed absent good cause.

Reyes v City of New York
September 16, 2025
-Page 2-

Counsel must immediately notify the Clerk's Office of any developments that could affect the matter: contemplated and actual settlements; circumstances or facts that could render the matter moot; pertinent developments in applicable law, statutes, and regulations; and changes in the status of related proceedings at other courts or tribunals.

**Briefing Schedule for Certified Questions**

Appellant's brief and record material shall be served and filed by November 17, 2025.

Respondent's brief and any supplementary record material shall be served and filed by January 5, 2026.

Appellant may serve and file a reply brief by January 20, 2026.

"Filed" means receipt of the paper document by the Clerk's Office. An original and nine copies of each brief and appendix or record must be filed, with proof of service of three copies on each other party.

Requests for extensions of the due dates require a showing of good cause (Rule 500.15). Failure to comply with these due dates or extended due dates shall subject appellant to dismissal of the appeal and respondent to preclusion (Rule 500.16[a]).

**Digital Submission Requirements**

On or before the due dates listed above, parties must submit digital versions of each paper filing (Rules 500.2, 500.12[h], 500.14[g]) by uploading them to the Court of Appeals Public Access and Search System (Court-PASS) on the Court's web site (www.courts.state.ny.us/ctapps). The digital versions must be identical to each paper filing, except the digital version will not have an original signature.

To login to Court-PASS, registered New York attorneys will use their Attorney Online Service Account information. Filers who are not registered New York attorneys must call the Clerk's Office to obtain guest login credentials.

# State of New York
# Court of Appeals

**Present,** Hon. Rowan D. Wilson, *Chief Judge*, **presiding**.

---

No. 122
SeanPaul Reyes,
    Respondent,
    v.
City of New York,
    Appellant.

---

    Appellant in the above entitled appeal appeared by Muriel Goode-Trufant, Esq., Corporation Counsel, City of New York; respondent appeared by LatinoJustice PRLDEF.

    The Court, after due deliberation, orders and adjudges that the certification of a question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, is accepted and the issue presented is to be considered after briefing and argument. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.

                                                       Heather Davis
                                                        Clerk of the Court

Court of Appeals, Clerk's Office, Albany, September 16, 2025
cc: U.S. Court of Appeals for the Second Circuit

# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 122
SeanPaul Reyes,
    Respondent,
v.
City of New York,
    Appellant.

Chase H. Mechanick, for appellant.
Andrew Case, for respondent.

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issue presented is to be considered after briefing and argument. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.

Decided September 16, 2025

Reyes v City of New York

State of New York
Court of Appeals
20 Eagle Street
Albany, 12207-1095

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

1000781561 0099

NYCS CITY ATTY

US POSTAGE ᴵᴺᴰᵁ PITNEY BOWES
ZIP 12207
02 4W
0000351679 SEP 16 2025
$ 000.74⁰



Reyes v City of New York

State of New York
Court of Appeals
20 Eagle Street
Albany, 12207-1095

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007